AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jamarv Paremore Hammond,<br>aka Jamarv P. Hammond#265009<br>*Plaintiff*<br>v.<br>Sheriff L.C. Knight, Major r. Darlington, Lieutenant Branch, Joe Doe, Sheriff Al Cannon, Chief Deputy Willis Beatty, Major Harris, Major Grant, Captain Salters, Lt. Luke, Lt. Driscull, Sgt. Gladden and Sgt. Shepphard<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.  4:20-cv-3114-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge who adopts the Reports and Recommendations of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  September 29, 2021

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*